IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAWYERS TITLE INSURANCE CORPORATION | § § § | PLAINTIFF |
| V. | § § | Civil No. 1:09CV170-HSO-JMR |
| PRESTIGE TITLE, INC., *et al.* | § § | DEFENDANTS |

## FINAL JUDGMENT

This matter came on to be heard on the Motion to Intervene filed by John and Alison Lewis, Jeff Lewis, Lewis Holdings, LLC, and ReMax, on March 20, 2009 [82]. The Court, after a full review and consideration of the Intervenors' Motion, parties' Responses, Intervenors' Reply, the record, the pleadings on file and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Plaintiffs' case against Defendants is hereby *sua sponte* dismissed without prejudice for lack of subject matter jurisdiction.

**SO ORDERED AND ADJUDGED**, this the 9th day of July, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE